**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sherry M. Orrison, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

Mayo Clinic; and MMSI, Inc., *d/b/a Medica Health Plan Solutions*;

Defendants.

No. 24-cv-1124 (KMM/SGE)

**ORDER**

---

Before this matter was reassigned to the undersigned District Judge, United States Magistrate Judge Shannon G. Elkins denied Plaintiff's motion to amend the scheduling order. (Dkt. 141.) Plaintiff appealed that decision to United States District Judge Jeffrey Bryan (Dkt. 142), and Judge Bryan denied the appeal, concluding that Plaintiff failed to demonstrate Judge Elkins's decision was clearly erroneous or contrary to law (Dkt. 153). Plaintiff now requests permission to file a motion for the Court to reconsider Plaintiff's appeal of Judge Elkins's decision. (Dkt. 154.)[1] That request is denied.

Local Rule 7.1(j) requires a party seeking reconsideration of an order to obtain permission to file a motion for reconsideration. D. Minn. LR 7.1(j). A party is only granted permission to file such a motion when it has shown "compelling circumstances." *Id.* Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of

[1] Shortly after the request to file a Motion to Reconsider was filed, this matter was transferred from Judge Bryan to the undersigned.

law or fact or . . . present[ing] newly discovered evidence." *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987)). "[G]ranting permission to file a motion to reconsider is appropriate when necessary to afford a party 'an opportunity for relief in extraordinary circumstances.'" *United States v. Mustafa*, No. 14-cr-261(5) (JRT/BRT), 2021 WL 925561, at *1 (D. Minn. Mar. 5, 2021) (quoting *Shukh v. Seagate Tech., LLC*, No. 10-cv-404 (JRT/JJK), 2011 WL 2880726, at *1 (D. Minn. July 18, 2011)).

The Court has carefully reviewed Judge Elkins' Order and Judge Bryan's Order, the letter seeking leave to file a motion to reconsider, and the defendants' responsive letters. The Court concludes that the Plaintiff fails to establish compelling circumstances which would justify reconsideration of Judge Bryan's Order. The Court finds no "errors of law or fact," manifest or otherwise. The request is denied.

Date: November 21, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge